Aaron J. Goldman and J. R. Rosefield, defendants in error, v. A. M. Friede and S. Kirschenbaum, plaintiffs in error. Gen. No. 37,304.

Opinion filed November 27, 1934.
Harry D. Koenig and Samuel W. Banovitz, for plaintiffs in error; Clyde C. Fisher, of counsel. No appearance for defendants in error.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Armanda Kammerer et al., appellees, v. Metropolitan Life Insurance Company, appellant. Gen. No. 37,339.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.
Hoyne, O'Connor & Rubinkam, for appellant. Smith & Haddad, for appellees; George J. Haddad, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

One La Salle Street Building Corporation, appellee, v. The Florsheim Shoe Company, appellant. Gen. No. 37,350.

Opinion filed November 27, 1934.
Poppenhusen, Johnston, Thompson & Cole, for appellant; Edward R. Johnston and Henry G. O'Donnell, of counsel. Markheim & Allie, for appellee; A. R. Miller, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Mary Susanna Miller, appellant, v. John W. Sutherland, appellee. Gen. No. 37,388.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.
Hugh O'Neill and Hugh O'Neill, Jr., for appellant. Arthur H. Jones, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Alice Louise Kinney, appellee, v. City of Chicago et al., defendants. City of Chicago, appellant. Gen. No. 37,398.

Opinion filed November 27, 1934.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Robert E. Dowling, Assistant City Attorney, of counsel. Charles C. Spencer and F. W. Jaros, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel P. Johnston, defendant in error, v. Robert H. Anthony, plaintiff in error. Gen. No. 36,942.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.

Joseph E. Winterbotham, for plaintiff in error. O. J. C. Wray, for defendant in error; James V. Sallemi and Altheimer, Mayer, Woods & Smith, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Abe Ellis and Harold Ellis, trading as Hamlin Parkway Garage, for use of Henry Perlman, appellant, v. Liberty Trust and Savings Bank, appellee. Gen. No. 37,138.

Opinion filed November 27, 1934.

Henry Perlman, *pro se.* Wilhartz, Hirsch & Schanfarber, for appellee; Julian H. Levi, of counsel.

Mr. Justice Sullivan delivered the opinion of the court.

Frank Lester, defendant in error, v. Michael Levin and Robert Mors, sued as John Doe, plaintiffs in error. Gen. No. 37,254.

Opinion filed November 27, 1934. William R. Peacock, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Sullivan delivered the opinion of the court.

White Eagle Building and Loan Association, defendant in error, v. Estelle Kwiatkowski et al., plaintiffs in error. Gen. No. 37,292.

Opinion filed November 27, 1934. Rehearing denied December 10, 1934.